JOHN S. CLIFTON, administrator, plaintiff in error, *vs.* POLK KEATON, executor, defendant in error.

JAMES AYCOCK, plaintiff in error, *vs.* REUBEN H. SLAPPY, defendant in error.

W. H. GREER, plaintiff in error, *vs.* W. G. PRATOR, defendant in error.

Where the bill of exceptions is not filed in the clerk's office within fifteen days of the date of the judge's certificate, the writ of error will be dismissed.

WARNER, Chief Justice.

---

JOHN M. S. GREENE, plaintiff in error, *vs.* JOSEPH ALLEN, administrator, defendant in error.

This case is controlled by the opinions delivered at this term in *Dozier vs. Lamb* and *Odom vs. Causey.*

BLECKLEY, Judge.

---

X. HIRT, plaintiff in error, *vs.* JOHN L. LINTON, defendant in error.

1. Without cause shown for the delay, a traverse of the truth of the magistrate's return to a *certiorari*, though filed before the case is reached, is too late if filed after the first term, the Code requiring it to be filed at the first term and before the hearing, and also that it be tried at that term, unless good cause be shown for a continuance. Code, §4066. For some analogy, see 16 *Ga.*, 139; 10 *Ib.*, 551. The case in 40 *Ib.*, 36, is not *contra*.

2, Where there was a written contract between landlord and tenant, a subsequent parol contract on a special matter, touching which the writing was silent, may be proved without producing the writing. 1 *Kelly*, 12; Code, §3806.